## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| MITCHELL DORFMAN, derivatively on behalf of MGP INGREDIENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUGUSTUS C. GRIFFIN, THOMAS K. PIGOTT, BRANDON M. GALL, DAVID J. COLO, JAMES L. BAREUTHER, TERRENCE P. DUNN, ANTHONY P. FOGLIO, LYNN H. JENKINS, GEORGE W. PAGE, JR., KAREN L. SEABERG, and M. JEANNINE STRANDJORD, <br><br> Defendants, <br><br> and <br><br> MGP INGREDIENTS, INC., <br><br> Nominal Defendant. | **Case No.: 2:20-cv-02239** <br><br> **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that, effective immediately, the mailing address for Timothy Brown of The Brown Law Firm, P.C., attorney for Plaintiffs, has changed. All pleadings, notices, correspondence and other documents should be addressed as follows:

Timothy Brown
The Brown Law Firm, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
Tel: 516-922-5427
Fax: 516-344-6204
Email: tbrown@thebrownlawfirm.net

The e-mail address remains unchanged.

Dated: June 10, 2021                             Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

*/s/ Timothy Brown*
Timothy Brown (admitted *pro hac vice*)
767 Third Avenue, Suite 2501
New York, NY 10017
Tel: 516-922-5427
Fax: 516-344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*
